UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLARENCE TYRONE STEWART JR. (# 248900)     CIVIL ACTION

VERSUS

JEFFERY WILEY     NO.: 12- 672-BAJ-SCR

## RULING

Pro se petitioner, an inmate confined at Ascension Parish Detention Center, Donaldsonville, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Ascension Parish Sheriff Jeffery Wiley. Plaintiff alleged that he was denied access to medical treatment in violation of his constitutional rights.

On October 30, 2012, the plaintiff was ordered within 15 days to correct deficiencies in the pleadings. Specifically, the plaintiff was ordered to file his complaint on approved forms and to either pay the filing fee or submit a motion to proceed in forma pauperis and a statement of account completed by an authorized officer certifying the amount of money in his inmate account and the monthly deposit and balance averages for the preceding six months.

Despite notification of the need to correct the deficiencies in the pleadings, the plaintiff failed to correct the deficiencies in the complaint. Plaintiff failed to file his complaint on approved forms and he failed to pay the filing fee or submit a motion to proceed in forma pauperis.

Therefore, this action shall be dismissed without prejudice for failure to correct deficiencies in the pleadings and to pay the court's filing fee.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, this 26th day of November 2012.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**